[No. 8,216.—Department Two.]
March 22, 1882.

## M. M. SPEEGLE *v.* J. G. JOY.

FEES OF RECORDER OF MONTEREY COUNTY—STATUTES—CONSTITUTIONAL
LAW.—"An Act in relation to the County Officers of Monterey County"
was passed on March 30, 1878; but so far as the salary of the Recorder was
concerned was by its provisions to go into effect on the first Monday in
March, 1880.

*Held:* The provisions relating to the salary of the Recorder never went
into effect. (Cons. Art. i.)

APPLICATION for writ of mandamus.

*S. M. Swinnerton,* for Plaintiff.

*N. A. Dorn,* for Defendant.

The COURT:

The plaintiff is the Recorder and the defendant the Auditor
of Monterey County. Plaintiff claims that there is due him
the sum of one hundred and sixty-six dollars, one month's
salary as such Recorder, and that it is the duty of the defend-
ant, as Auditor, to draw his warrant in favor of the plaintiff
for that amount; that demand has been made for such war-
rant, and defendant has refused to draw it. This is an ap-
plication for a writ of mandamus.

It is conceded that the writ should issue if the Act of March
30, 1878 (Laws of 1877–78. p. 863), is in force. That Act, so
far as the salary of the Recorder of Monterey County is con-
cerned, was by its provisions to go into effect on the first
Monday of March, 1880. In the case of *Peachy* v. *The Board
of Supervisors of Calaveras County,* 8 Pac. C. L. J. 813, this
Department held that such an Act as the one now before us
never did go into effect, as Section 1, Article xxii, of the new
Constitution went into effect on the first day of January, 1880,
and provided that "all laws in force at the adoption of this
Constitution not inconsistent therewith shall remain in full
force and effect until altered or repealed by the Legislature."

It was the Act in force at that date that was kept in
existence, and the Act that was, by its terms, to go into effect
at a future day, was defeated.

Writ denied.